IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JAMES E. JOHNSON, <br><br> Defendant. | CASE NO.: 2:24-cr-7 |

**O R D E R**

This matter is before the Court on the Government's Motion for Order of Dismissal. Doc. 15.  After careful consideration and for good cause shown, the Government's Motion is **GRANTED**.  The status conference set in this case for October 3, 2024 at 10:00 a.m. is cancelled.  **THEREFORE, IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice and the Clerk of Court is hereby authorized and directed to close this case.

**SO ORDERED**, this 6th day of September, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA